UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:18-cv-00116-MOC

| | | |
|---|---|---|
| **BEN SIGMON,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **NANCY A. BERRYHILL, Acting Commissioner** | ) | |
| **of Social Security,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's Motion for Reversal and Remand Pursuant to Sentence Four. Having considered such motion, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion for Reversal and Remand Pursuant to Sentence Four (#14) is **GRANTED**, and the final decision of the Commissioner is **REVERSED** and the cause is **REMANDED** for further administrative proceedings.

The Clerk of Court is instructed to enter a Judgment consistent with this Order.

Signed: February 15, 2019

Max O. Cogburn Jr.
United States District Judge

1