UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:18-cv-116-MOC

| | |
|---|---|
| **BEN SIGMON,** | ) |
| Plaintiff, | ) ) ) |
| Vs. | ) ) ORDER |
| **ANDREW SAUL,**<br>**Acting Commissioner of Social Security,** | ) ) ) ) |
| Defendant. | ) ) |

**THIS MATTER** is before the Court on Plaintiff's Motion for Attorney Fees Under § 406(b) of the Social Security Act. (Doc. No. 19). Having considered Plaintiff's motion and reviewed the pleadings and finding that the requested amount of fees is reasonable, the Court enters the following Order.

**ORDER**

Plaintiff's Motion for Attorney Fees, (Doc. No. 19), is **GRANTED**. The Commissioner of Social Security shall pay Plaintiff's counsel $16,348.50 for attorney fees, representing 25% of Plaintiff's accrued back benefits, to be paid from Plaintiff's back benefits pursuant to § 406(b) of the Social Security Act. Upon receipt of the 406(b) fee, Plaintiff's counsel shall pay Plaintiff the lesser EAJA fee of $8,400.00.

Signed: December 12, 2019

Max O. Cogburn Jr.
United States District Judge